**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GEICO GENERAL INSURANCE
COMPANY,

        Plaintiff,

v.                                                                          Case No:   6:25-cv-1361-PGB-LHP

DONALD B. FORBES, SUSAN L.
FORBES, JACK B. FORBES, MEE
KYUNG CHOI and NICOLAS GILLES
KELLER,

        Defendants

---

**ORDER**
(And Direction to Clerk of Court)

    Before the Court is Pro Se Defendants' Joint Motion Requesting E-Filing Access, filed by Defendants Mee Kyung Choi and Nicolas Gilles Keller.  Doc. No. 23.  On review, the motion is due to be denied without prejudice.

    First, the motion fails to comply with Local Rule 3.01(a).  Second, "[w]hile an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or

extenuating circumstances justifying such relief." *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted). Here, Defendants make no such showing. Doc. No. 23.

Accordingly, the motion (Doc. No. 23) is **DENIED without prejudice**. That said, "the Court in its discretion may grant *a pro se* party permission to receive electronic notifications." *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). The Court finds it appropriate to exercise such discretion here. *See id.*; *see also Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (allowing service of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same). Therefore, the **Clerk of Court** is **DIRECTED** to add Defendants' email address to CM/ECF, coplaintiffschoiandkeller@gmail.com (for both Defendants Choi and Keller, *see* Doc. No. 23, at 2), and ensure that Defendants receive Notices of Electronic Filings.

**DONE** and **ORDERED** in Orlando, Florida on October 23, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties